# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ALPINE LAND & RESERVOIR CO., *et al*.,<br><br>  Defendants.<br><br>Re:  Nevada State Engineer Ruling No. 5823 | Equity No. D-183-LDG<br><br>Case No. 3:73-cv-00183-LDG<br>Subfile No. 3:73-cv-00203-LDG<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS:**

a. That the Pyramid Lake Paiute Tribe (Petitioner) shall file its opening brief within 40 days of entry of this order.

b. That the Nevada State Engineer, and any other Real Party in Interest (Respondents) opposing the petition for judicial review shall file their briefs within 30 days after service of Petitioner's brief.

1     c.     That Petitioner may file a reply brief within 14 days after service of opposition
2          briefs.
3     d.     That the briefs of the parties shall comply, to the extent practicable, with
4          Federal Rule of Appellate Procedure 28; provided, however, that the length of
5          the principal briefs shall not exceed 30 pages and the reply briefs shall not
6          exceed 15 pages, exclusive of pages containing the table of contents, tables
7          of citations, and any addendum or exhibits.  In addition, the form of the briefs
8          shall comply with Local Rule 10.
9     e.     That the Nevada State Engineer shall prepare and maintain the record for
10         appeal.  The State Engineer shall file a Notice of Availability of Record on
11         Appeal that shall include an index of the entire record.  The State Engineer
12         shall also make each document in the index available for inspection or
13         copying by any party at the State Engineer's Office.
14     f.     That each party shall prepare and file, with its respective brief, an appendix
15         that shall contain any portion of the papers or record considered by the State
16         Engineer that the party believes is necessary for the Court to review in
17         considering that party's arguments.
18     g.     That any motions seeking leave for additional time, leave to file over-length
19         briefs or other similar motion shall be filed no less than seven days prior to
20         the scheduled submission date of the brief for which such leave is sought.
21     h.     That, in addition to the filing of original briefs with the Clerk of the Court, each
22         party shall deliver a courtesy copy of its brief and appendix to the Chambers

1  of the Honorable Lloyd D. George, Lloyd D. George U.S. Courthouse, 333
2  Las Vegas Boulevard South, Room 6073, Las Vegas, Nevada, 89101.

4  DATED this 31 day of August, 2010.

                                          _____
                                          Lloyd D. George
                                          United States District Judge